U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 2 8 2012

TONY.R. MOORE, CLERK

BY _____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12 - 00173 |
| | * | 18 U.S.C. § 2251(a)   Haik/Hanna |
| | * | 18 U.S.C. § 2422(b) |
| V. | * | 18 U.S.C. § 2252A(a)(5)(B) |
| | * | 18 U.S.C. § 2252A(a)(2)(A) |
| | * | |
| RAYMOND F. DOYLE, III | * | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

**PRODUCTION OF CHILD PORNOGRAPHY
18 U.S.C. § 2251(a)**

Beginning on an unknown date but reasonably near to the 29th day of August, 2011 and continuing until on or about the 25th day of April, 2012, in the Western District of Louisiana, the defendant, RAYMOND F. DOYLE, III, did persuade, induce, entice, coerce and use a minor to engage in sexually explicit conduct, and attempt to do so, as defined in Title 18, United States Code, Section 2256, for the purpose of producing  visual depictions of said conduct, knowing that the visual depictions would be transmitted using a facility of interstate commerce, in violation of Title 18, United States Code, Section 2251(a). [18 U.S.C. § 2251(a)].

## COUNT 2

### USING A FACILITY IN INTERSTATE COMMERCE TO
### ATTEMPT TO COERCE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTS
### 18 U.S.C. § 2422(b)

Beginning on an unknown date but reasonably near to the 29th day of August, 2011 and continuing until on or about the 25th day of April, 2012, in the Western District of Louisiana, the defendant, RAYMOND F. DOYLE, III, using a facility of interstate commerce, did knowingly and intentionally persuade, induce, entice and coerce a minor to engage in sexual activity for which a person could be charged with a criminal offense and attempt to do so, all in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

## COUNT 3

### POSSESSION OF CHILD PORNOGRAPHY

### 18 U.S.C. § 2252A(a)(5)(B)

On or about the 25th day of April, 2012, in the Western District of Louisiana, the defendant, RAYMOND F. DOYLE, III, did knowingly and intentionally possess a computer containing child pornography images and movies as defined in Title 18, United States Code, Section 2256, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B). [18 U.S.C. § 2252A(a)(5)(B)].

## COUNT 4

### RECEIVING CHILD PORNOGRAPHY
### 18 U.S.C. 2252A(a)(2)(A)

On or about the 7ᵗʰ day of December, 2011, in the Western District of Louisiana, the

defendant, RAYMOND F. DOYLE, III, did knowingly and intentionally receive in interstate

commerce, child pornography as defined in Title 18, United States Code, Section 2256,

all in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. §

2252A(a)(2)(A)].

A TRUE BILL

*REDACTED*

STEPHANIE A. FINLEY
United States Attorney

BY:

JOHN LUKE WALKER (18077)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette LA 70501-6832
Telephone: (337) 262-6618